# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Lurline Higgett, <br><br> Plaintiff, <br><br> v. <br><br> Family Dollar, Inc. d/b/a Family Dollar Store #11585, <br><br> Defendant. | C.A. No.: 5:21-cv-00326-JMC <br><br> **CONSENT ORDER TO REMAND** |

The parties to this matter, by and through undersigned counsel, have jointly requested this matter be remanded and restored to the active docket for the Court of Common Pleas for Orangeburg County, bearing its original case number of 2020-CP-38-01505, in light of the plaintiff's agreement to stipulate her total damages in this case do not exceed the jurisdictional threshold of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars as required for removal under 28 U.S.C. § 1332(a).

**IT IS THERFORE ORDERED, ADJUDGED AND DECREED** that this matter be remanded to the state court from which it was removed, the Court of Common Pleas for Orangeburg County, South Carolina, pursuant to 28 U.S.C. § 1447, bearing its original case number of 2020-CP-38-01505.

**AND IT IS SO ORDERED.**

s/J. Michelle Childs
J. Michelle Childs
United States District Court Judge

March 2, 2021
Columbia, South Carolina

WE SO CONSENT:

| | |
|---|---|
| */s/ Zachary D. Linowski* | */s/ Robert D. Corney* |
| Zachary D. Linowski (Fed. Bar No. 12699) | Robert D. Corney (Fed. Bar No. 11626) |
| ATTORNEYS LEE, EADON, ISGETT, POPWELL AND OWENS, P.A. | GALLIVAN, WHITE & BOYD, P.A. |
| P.O. Box 1505 | P.O. Box 10589 |
| Columbia, SC 29202 | Greenville, SC 29603 |
| Telephone: (803) 799-9811 | Telephone: (864) 271-9580 |
| E-mail: Zachary@leiplaw.com | E-mail: rcorney@gwblawfirm.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |